**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10218 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-02646-CKJ |
| v. | |
| JAIME LEMUS-MARINES, a.k.a. Jaime Lemus, a.k.a. Jaime Lemus-Marilius, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Jaime Lemus-Marines appeals from the 46-month sentence imposed

following his guilty-plea conviction for illegal reentry after deportation, in

violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

Lemus-Marines contends that his sentence is procedurally unreasonable because the district court did not specifically discuss his principal arguments in favor of a shorter sentence. The record reflects that the district court adequately considered and addressed Lemus-Marines's arguments and the 18 U.S.C. § 3553(a) sentencing factors. *See Rita v. United States*, 551 U.S. 338, 356-58 (2007). Furthermore, in light of the totality of the circumstances and the section 3553(a) sentencing factors, Lemus-Marines's within-Guidelines sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**